RECEIVED MAR 25 2019 U.S.D.C. WP

Damon Wheeler #78063054
F.C.I. Loretto
P.O. Box 1000
Loretto, P.A. 15940

March 19, 2019

Re: Wheeler v. Artola, et al., #16-CV-7440 (LMS)
Wheeler v. Kolek, et al., #16-CV-7441 (LMS)
Wheeler v. DeYoung, et al., #16-CV-8857 (VB-LMS)
Wheeler v. Slanovec, et al., #16-CV-9065 (KMK-LMS)

Clerk, U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, N.Y. 10601

Your Honor:

This letter is to notify this court of my change of address — listed above. Thank you.

Respectfully,

Damon Wheeler

cc: Alex Smith, Esq.

Steven Schulman, A.U.S.A.G.



Damon Wheeler #78063-054
Federal Correctional Institution Loretto
P.O. Box 1000
Loretto, PA 15940

RECEIVED
MAR 25 2019
U.S.D.C.
W.P.

78063-054
Clerk Us District Court
300 Quarropas ST
White Plains, NY 10601
United States

JOHNSTOWN PA 159
21 MAR 2019